TOWNSHIP OF TEWKSBURY, APPELLANT, v. JERSEY CEN-
TRAL POWER & LIGHT COMPANY AND PUBLIC SER-
VICE ELECTRIC & GAS COMPANY, RESPONDENTS.

Argued February 21, 1979—Decided April 6, 1979.

*Mr. Sheldon A. Weiss* argued the cause for appellant.

*Mr. Robert O. Brokaw* argued the cause for respondent
Jersey Central Power & Light Company.

*Mr. Howard T. Rosen* argued the cause for respondent
Public Service Electric & Gas Company (*Messrs. Rosen,
Gelman & Weiss,* attorneys; *Mr. Rosen* and *Mr. Sidney D.
Weiss,* of counsel; *Mr. William J. Balcerski,* on the brief).

*Mr. Thomas J. Cafferty* submitted a brief on behalf of
*amicus curiae* Township of Franklin (*Messrs. Seiffert, Frisch,
McGimpsey & Cafferty,* attorneys).

*Mr. John R. Miller* submitted a letter brief on behalf of·
*amicus curiae* Township of Chatham.

PER CURIAM. The judgment is affirmed substantially for
the reasons expressed in the majority opinion of the Appel-
late Division, reported at 159 *N. J. Super.* 44.

SULLIVAN and PASHMAN, JJ., dissenting: We would
reverse the judgment below substantially for the reasons
expressed in the dissenting opinion of Judge Larner in the
Appellate Division, reported at 159 *N. J. Super.* 44, 52.

*For affirmance*—Chief Justice HUGHES and Justices CLIFFORD, SCHREIBER and HANDLER—4.

*For reversal*—Justices SULLIVAN and PASHMAN—2.